IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11134
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN GAMEZ-ORTEGA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:95-CR-22
- - - - - - - - - -
June 25, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Juan Gamez-Ortega appeals his judgment of conviction and sentence after pleading guilty to reentry after deportation in violation of 8 U.S.C. § 1326. He argues that he was charged with and pleaded guilty to § 1326(a), simple reentry, which is limited to a maximum sentence of two years, but that he was sentenced as if he had pleaded guilty to reentry after an aggravated felony,

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

§ 1326(b)(2).  His argument is foreclosed by this court's opinion in <u>United States v. Vasquez-Olvera</u>, 999 F.2d 943 (5th Cir. 1993), <u>cert. denied</u>, 114 S. Ct. 889 (1994).

AFFIRMED.